Pg 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

WADE LAY,

   PETITIONER,

**FILED**

SEP 25 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

V.

CHRISTI QUICK,

   WARDEN AT O.S.P.,

   RESPONDENT.

DEATH PENALTY CASE

IMPEDIMENT CLAUSE IMPETUS
28 USC § 2244 AND 28 USC § 2255

WADE GREELY LAY #516263
OKLAHOMA STATE PENITENTIARY

DATE:
PRO-SE

P.O. BOX 97
MCALESTER, OKLA. 74502

PG 2

1. COME NOW WADE LAY TO THIS U.S.D.C. W.D./OK. PETITIONER LAY KNOWS HE HAS A LONG HISTORY WITH THIS COURT, WHICH PROVIDES BOTH SKEPTICISM AND OPPORTUNITY. WADE LAY IS ON THE LAST STRETCH OF A LONG JOURNEY, ONE FILLED WITH TURMOIL AND IMPROPRIETY BY GOVERNMENTAL ACTORS.

2. LAY HAS NO WHERE ELSE TO TURN. IT IS THIS COURT WHICH SET UP THE CONDITIONS LEADING TO THE "COMPETENCY TO BE EXECUTED TRIAL". THE FACTS WILL SHOW, O.S.P. HAS CAUSED AN IMPEDIMENT FOR LAY TO PARTICIPATE IN THE UPCOMING TRIAL, ALONG WITH

Pg. 3

2. An impediment to filing a writ of habeas corpus for fifteen years. Congress has anticipated this encroachment, and has provided a remedy.

3. The U.S.D.C. E.D./OK. has erroneously claimed that Wade Lay has two (2) strikes under the PLRA. This is false. Nonetheless, this civil action falls under the habeas statute A.E.D.P.A.

4. Lay seeks in forma pauperis forms, and ask the court to assign a case number. O.S.P. prison officials have been a primary impediment for years, since 2008.

Pg 4

4. ALTHOUGH THIS MAY END UP AS A STEPPING STONE TO THE APPELLATE COURT AND THE U.S. SUPREME COURT, LAY FEELS JUSTICE SHOULD LIE AT THE DOORSTEP OF THIS COURT.

5. PLEASE FULFILL THESE REQUEST.

RESPECTFULLY SUBMITTED
WADE LAY AT O.S.P.

P.O. BOX 97
McALESTER, OK. 74502